```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:07CV174
                               )
        v.                     )
                               )
VOLKSWAGON BEETLE 2004 VIN     )         ORDER
3VWCK31C64M419875,             )
                               )
               Defendant.      )
                               )
```

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing 11, is granted and the deadline for filing the Report of Parties' Planning Conference is extended to November 1, 2007.

DATED this 13th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge