IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV174 |
| | ) | |
| v. | ) | |
| | ) | |
| 2004 VOLKSWAGON BEETLE, | ) | ORDER |
| VIN 3VWCK31C64M419875, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for time to file report, filing 13, is granted and the report of parties' planning conference shall be filed by December 3, 2007.

DATED this 1st day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge