FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 JAN 23 PM 2: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　　　　　　　）　　8:07CV174
　　　　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）　　CONSENT TO EXERCISE OF
2004 VOLKSWAGEN BEETLE,　　　　　　　）　　JURISDICTION BY A UNITED
VIN 3VWCK31C64M419875,　　　　　　　　）　　STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　）　　AND ORDER OF REFERENCE
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Defendant.　　　　　　　 ）

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| | For | United States of America | 1/4/08 |
| | For | Osmar Yubini-Palacios | 1/14/08 |
| | For | | |
| | For | | |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

1/23/08
Date

RICHARD G. KOPF
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

**U.S. Department of Justice**

*United States Attorney*
*District of Nebraska*
*1620 Dodge Street, Suite 1400*
*Omaha, NE 68102-1506*

Official Business

695 0843803



Judge Richard G. Kopf
586 Federal Building
100 Centennial Mall North
Lincoln, NE 68508



neopost
045J763082
$0.41
01/22/2008
Mailed From 68102
US OFFICIAL MAIL
$300 Penalty
For Private Use
US POSTAGE