```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV174 |
| | ) | |
| V. | ) | |
| | ) | |
| VOLKSWAGON BEETLE 2004 VIN 3VWCK31C64M419875, | ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

The plaintiff's motion for an additional thirty days in which to file the Report of Parties' Planning Conference, filing 18, is granted. The parties' Rule 26 report shall be filed on or before March 14, 2008.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge